**Entered on Docket
June 27, 2011**

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

JOHN F. MURTHA, ESQ.
**Nevada Bar No. 835**
BRENOCH R. WIRTHLIN, ESQ.
**Nevada Bar No. 10282**
WOODBURN AND WEDGE
Sierra Plaza
6100 Neil Road, Ste. 500
Reno, Nevada  89511
Telephone:  775-688-3000
Facsimile  :  775-688-3088
jmurtha@woodburnandwedge.com

Attorneys for Trustee
Angelique L.M. Clark

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \*

In re:

CETUS MORTGAGE, LTD.

    Debtor.
_____/

///

///

///

///

///

Case No.  BK-08-51131-GWZ
Chapter    7

**ORDER APPROVING TRUSTEE'S
COMPROMISE OF AVOIDANCE
ACTIONS PURSUANT TO FRBP 9019**

Hearing Date:  June 8, 2011
Hearing Time:  2:00 p.m.


| | |
|---|---|
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05049-GWZ |
| Plaintiff, | |
| vs. | |
| RALPH L. ALBRIGHT and CAROL L. ALBRIGHT, Trustees of the Ralph Albright Family Trust; RALPH L. ALBRIGHT, Trustee of the Ralph Albright Drilling Co. Profit Sharing Plan and Trust; and NEVADA COMPUTER LEASING, a Nevada Corporation, | |
| Defendants. | |
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No.: 10-05050-GWZ |
| Plaintiff, | |
| vs. | |
| WILLIAM E. BECKER and SHARON L. BECKER, Trustees of the Becker Family Trust, | |
| Defendant. | |
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05051-GWZ |
| Plaintiff, | |
| vs. | |
| PAUL A. BIBLE, Trustee of the Bible Mousel, PC PSP fbo Paul A. Bible; and PAUL A. BIBLE, Trustee of the Bible Family Trust. | |
| Defendants. | |

| | |
|---|---|
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05053-GWZ |
| Plaintiff, | |
| vs. | |
| MICHAEL G. BRIERLEY and ANITA BRIERLEY, Trustees of the Brierley Family Trust; and MICHAEL G. BRIERLEY and ANITA BRIERLEY, Trustees of the Brierley Construction Company Pension Trust, | |
| Defendants.        / | |
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05055-GWZ |
| Plaintiff, | |
| vs. | |
| BUSINESS & PROFESSIONAL COLLECTION SERVICE, INC., a Nevada corporation, | |
| Defendant.        / | |
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05057-GWZ |
| Plaintiff, | |
| vs. | |
| NICK CARANICA; and STELLA CARANICA, | |
| Defendants.        / | |

///

///

|  |  |
|---|---|
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05060-GWZ |
| Plaintiff, | |
| vs. | |
| ROBERT J. FRICKE, Trustee of the Robert J. Fricke and Paule-Colette Fricke 2001 Family Trust, | |
| Defendant. | |
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05061-GWZ |
| Plaintiff, | |
| vs. | |
| ESLEY HARDEN and MARIE HARDEN, Trustees of the Harden Family Trust, | |
| Defendant. | |
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05062-GWZ |
| Plaintiff, | |
| vs. | |
| BARRY HICKERSON and VALERIE HICKERSON, Trustees of the Hickerson Family Trust, | |
| Defendant. | |

///

///

///

| | |
|---|---|
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05065-GWZ |
| Plaintiff, | |
| vs. | |
| JOHN R. LINDELL and BARBARA A. LINDELL, Trustees of the John R. Lindell Family Trust, | |
| Defendant. _____/ | |
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05066-GWZ |
| Plaintiff, | |
| vs. | |
| JOHN R. LINDELL, Trustee of Lindell's Painting Service Money Purchase Pension Plan, | |
| Defendant. _____/ | |
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05068-GWZ |
| Plaintiff, | |
| vs. | |
| CYNTHIA MORREY, | |
| Defendant. _____/ | |

///

///

///

| | | |
|---|---|---|
| 1 | ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05069-GWZ |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | BARBARA E. MOSS, | |
| 6 | | |
| 7 | Defendant. | |
| 8 | ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05074-GWZ |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | vs. | |
| 12 | RICHARD STARKWEATHER, Trustee of the Starkweather Family Trust, | |
| 13 | | |
| 14 | Defendant. | |
| 15 | ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05075-GWZ |
| 16 | | |
| 17 | Plaintiff, | |
| 18 | vs. | |
| 19 | JACK R. TUTTLE; NANCY R. TUTTLE; and STEVEN A. TUTTLE, | |
| 20 | | |
| 21 | Defendants. | |
| 22 | | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |

| | |
|---|---|
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05076-GWZ |
| Plaintiff, | |
| vs. | |
| GEORGE P. YOUNG; and SHIRLEY YOUNG, | |
| Defendants. | |
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05077-GWZ |
| Plaintiff, | |
| vs. | |
| JOHN J. DOUGLASS; CAROL K. DOUGLASS; DANIEL P. DOUGLASS; and JACK and BARBARA DOUGLASS, Trustees of the Jack and Barbara Jo Douglass Living Trust | |
| Defendants. | |

///

///

///

///

///

///

///

///

| | |
|---|---|
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05078-GWZ |
| Plaintiff, | |
| vs. | |
| STEVEN L. MOSS, DAVID E. HALD, C. GARO GHOLDIAN, JONATHAN S. GARY-SAGE and JOHN SCOTT, in their capacities as the Trustees of the Urologic Surgeons Ltd. Profit Sharing Plan; Trustees of Urologic Surgeons Ltd. Profit Sharing Plan and Trust fbo Steven Moss; and Trustees of the Urologic Surgeons, Ltd. Profit Sharing Plan and Trust fbo John Scott, | |
| Defendants. | |
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05079-GWZ |
| Plaintiff, | |
| vs. | |
| STEVEN L. MOSS, in his capacity as Trustee of the Moss Family Trust; and MOSSNEVADA,LLC, a Nevada limited liability company, | |
| Defendants. | |

This matter came before the Court on the 8th day of June, 2011, on the Trustee's Motion to Approve Trustee's Compromise of Avoidance Actions Pursuant to FRBP 9019 ("Motion") (Docket No. 727) filed herein on May 11, 2011; it appearing from the record that notice of the hearing on the Motion has been given as required by law; it also appearing from the record that no oppositions or other responses to the Motion were

filed; John F. Murtha, Esq. appeared at the hearing on behalf of the Trustee; Jeffrey L. Hartman, Esq., Sallie Armstrong, Esq. and Allen J. Wilt, Esq. appeared on behalf of the Defendants; the Court having considered the Motion and the exhibits thereto, including a form Settlement Agreement to be used in connection with all of the captioned Adversary Proceedings and the representations of counsel at the hearing; and GOOD CAUSE APPEARING;

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED in its entirety;

2. The Trustee is authorized to take such actions and to execute such documents as may be necessary to consummate the settlements contemplated by the Parties' Settlement Agreements and as described in the Motion.

Prepared and Submitted by:

John F. Murtha, Esq.
Woodburn and Wedge
P.O. Box 2311
Reno, Nevada 89505
Attorneys for Trustee

Approved/Disapproved as to form
and content


By: ___/s/ Jeffrey L. Hartman___
   Jeffrey L. Hartman, Esq.


Approved/Disapproved as to form
And content


By: ___/s/ Sallie Armstrong___
   Sallie Armstrong, Esq.

Approved/Disapproved as to form
And content

By: /s/ Allen Wilt
        Allen Wilt, Esq.

## ALTERNATIVE METHOD RE: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows: (check one):

_____ The Court waived the requirements of approval under LR 9021.

__✓__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of the proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Counsel who approved the order:    Jeffrey L. Hartman, Esq.
                                    Sallie B. Armstrong, Esq.
                                    Allen J. Wilt, Esq.

Counsel who disapproved the order:

Counsel who did not respond:

_____ This is a chapter 9, 11 or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Counsel who approved the order:

Counsel who disapproved the order:

Counsel who did not respond:

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

_____
John F. Murtha, Esq.
Attorneys for Trustee

###